UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00613

**Calvin Dunn,**
*Plaintiff,*
v.
**Charles Mitchell Adams et al.,**
*Defendants.*

# ORDER

Plaintiff brought this suit pursuant to 42 U.S.C. § 1983, alleging that the defendants—his court-appointed attorney and the Van Zandt County Jail—permitted other detainees to be privy to the details of plaintiff's pending criminal matters and did not provide a place for lawyers and their clients to speak privately. Doc. 7. The case was referred to United States Magistrate Judge John D. Love. Doc. 3.

The magistrate judge issued a report recommending that the amended complaint be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915A(b)(1). Doc. 8. Plaintiff did not object to the report and recommendation.

Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court **accepts** the report and recommendation. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (noting that the appropriate standard of review if no party filed objections to a magistrate judge's report is "clearly erroneous, abuse of discretion and contrary to law"). Plaintiff's claims against defendants are **dismissed with prejudice** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on March 4, 2021.*

---
J. CAMPBELL BARKER
United States District Judge